# Exhibit C





**This page is part of your document - DO NOT DISCARD**

## 20250753050





**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**10/29/25 AT 04:02PM**

**Pages:
0006**

| | |
|---|---|
| FEES: | 32.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 32.00 |



**L E A D S H E E T**



202510290990040

00025952141



015603795

**SEQ:
01**

SECURE - Daily



**THIS FORM IS NOT TO BE DUPLICATED**



CR 25-837-CP

*E269820*

**Recording Requested By: Simplifile**
**When Recorded Mail To:**
NAME: Cecilia Palacios, Paralegal (FSA)
MAILING ADDRESS:
U.S. Attorney's Office
Asset Forfeiture & Recovery Section
312 N. Spring Street, 11th Floor
Los Angeles, CA 90012

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# LIS PENDENS

Please Note: Exempt from the fee per GC 27388.1(a)(2); executed or recorded by a government agency.

BILAL A. ESSAYLI
Acting United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
SANDOR A. CALLAHAN
Trial Attorney, Fraud Section
United States Department of Justice
TARA B. VAVERE (Cal. Bar No. 279470)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5901
     Facsimile: (213) 894-6269
     E-mail:    Tara.Vavere@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

              FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>          v.<br><br>VIOLETTA MAILYAN,<br><br>        Defendant.<br><br>——————————————<br><br>CODON INVESTMENTS LLC,<br><br>        Titleholder. | Case No. 2:25-cr-00837-HDV<br><br>**LIS PENDENS**<br><br>███████████████,<br>**GLENDALE, CALIFORNIA [APN: 5674-025-003]** |

     NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Central District of California between the parties above-named. As part of that action, the United States may seek the forfeiture of real property (the "Subject Property") located at ██████ ████, in the City of Glendale, County of Los Angeles, State of

California described as follows:

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF GLENDALE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

LOT 13 TRACT NO. 1164, IN THE CITY OF GLENDALE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 17 PAGES 198 AND 199 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

APN: 5674-025-003

For further information concerning the forfeiture, reference may be had to the records of the Clerk of the Court for the United States District Court at Los Angeles, California.

Title to the Subject Property is recorded in the name of Codon Investments LLC, a California Limited Liability Company.

Dated: October 24, 2025

BILAL A. ESSAYLI
Acting United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery
Section

_____
TARA B. VAVERE
Assistant United States Attorney
Asset Forfeiture & Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

**PROOF OF SERVICE BY CERTIFIED MAIL**

I am over the age of 18 and I am not a party to the above-titled action.  I am employed by Office of the United States Attorney for the Central District of California.  My business address is 312 North Spring Street, 11th Floor, Los Angeles, California 90012.

On **October 24, 2025,** I served a copy of **LIS PENDENS**, on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing by certified mail, return receipt requested, on the date and at the place shown below following our ordinary office practices.

TO:  **SEE SERVICE LIST**

I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **October 24, 2025,** at Los Angeles, California.

_____
Cecilia Palacios, Paralegal

3

SERVICE LIST

Current Resident

████████████████████

Glendale, CA 91205-1710

Codon Investments LLC
500 North Central Ave., Suite 600
Glendale, CA 91203

Violetta Mailyan
c/o Mark Hardiman, Esq.
Leech Tishman Nelson Hardiman, Inc.
1100 Glendon Ave., Fl 14
Los Angeles, CA 90024-3518