F I L E D
CLERK, U.S. DISTRICT COURT

5/29/26

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DT _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              ) No. 25-CR-00837-HDV
                                       )
            Plaintiff,                 )
                                       ) JURY VERDICT  FORM
            v.                         )
                                       )
VIOLETTA MAILYAN,                      )
                                       )
            Defendant.                 )
                                       )
_____)

**COUNT ONE: <u>18 U.S.C. § 1343</u> (Wire Fraud)**

We, the jury in the above-captioned case, unanimously find the defendant:

GUILTY      NOT GUILTY

  ✓  

_____      _____

of the charge of Wire Fraud, as charged in Count 1, for the 9/14/2021 submission of claim number 551121257217310, line 2, in the approximate amount of $1,180.00 for Botox purportedly provided on 8/25/2021 to beneficiary E.T.O. from Healthy Way in California to Medicare via server in North Dakota.

*VERDICT FORM*
CASE NO. 25-CR-00837-HDV                    1

**COUNT TWO: 18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-captioned case, unanimously find the defendant:

      GUILTY     NOT GUILTY

       ✓

of the charge of Wire Fraud, as charged in Count 2, for the 12/23/2021 submission of claim number 551121357073540, line 2, in the approximate amount of $1,180.00 for Botox purportedly provided on 6/21/2021 to beneficiary A.K. from Healthy Way in California to Medicare via server in North Dakota.

**COUNT THREE: 18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-captioned case, unanimously find the defendant:

      GUILTY     NOT GUILTY

       ✓

of the charge of Wire Fraud, as charged in Count 3, for the 10/4/2022 submission of claim number 551122277257830, line 4, in the approximate amount of $1,280.00 for Botox purportedly provided on 3/7/2022 to beneficiary E.T.O. from Healthy Way in California to Medicare via server in North Dakota.

## COUNT FOUR: 18 U.S.C. § 1343 (Wire Fraud)

We, the jury in the above-captioned case, unanimously find the defendant:

GUILTY     NOT GUILTY

   ✓

of the charge of Wire Fraud, as charged in Count 4, for the 4/25/2024 submission of claim number 551124116359700, line 5, in the approximate amount of $980.00 for Botox purportedly provided on 3/18/2024 to beneficiary L.B. from Healthy Way in California to Medicare via server in North Dakota.

## COUNT FIVE: 18 U.S.C. § 1343 (Wire Fraud)

We, the jury in the above-captioned case, unanimously find the defendant:

GUILTY     NOT GUILTY

   ✓

of the charge of Wire Fraud, as charged in Count 5, for the 6/11/2024 submission of claim number 551124163463580, line 2, in the approximate amount of $980.00 for Botox purportedly provided on 6/3/2024 to beneficiary E.T.O. from Healthy Way in California to Medicare via server in North Dakota.

VERDICT FORM
CASE NO. 25-CR-00837-HDV     3

**COUNT SIX: 18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-captioned case, unanimously find the defendant:

GUILTY          NOT GUILTY

    ✓

_____          _____

of the charge of Wire Fraud, as charged in Count 6, for the 10/14/2024 submission of claim number 551924288083970, line 1, in the approximate amount of $980.00 for Botox purportedly provided on 9/3/2024 to beneficiary J.A. from Healthy Way in California to Medicare via server in North Dakota.

**COUNT SEVEN: 18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-captioned case, unanimously find the defendant:

GUILTY          NOT GUILTY

    ✓

_____          _____

of the charge of Wire Fraud, as charged in Count 7, for the 11/07/2024 submission of claim number 551124312117840, line 2, in the approximate amount of $980.00 for Botox purportedly provided on 9/15/2024 to beneficiary A.A. from Healthy Way in California to Medicare via server in North Dakota.

*VERDICT FORM*
CASE NO. 25-CR-00837-HDV                    4

**COUNT EIGHT: 18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-captioned case, unanimously find the defendant:

GUILTY    NOT GUILTY

✓  _____

of the charge of Wire Fraud, as charged in Count 8, for the 11/14/2024 submission of claim number 551124319088112, line 2, in the approximate amount of $980.00 for Botox purportedly provided on 11/25/2023 to beneficiary S.Y. from Healthy Way in California to Medicare via server in North Dakota.

**COUNT NINE: 18 U.S.C. § 1343 (Wire Fraud)**

We, the jury in the above-captioned case, unanimously find the defendant:

GUILTY    NOT GUILTY

✓  _____

of the charge of Wire Fraud, as charged in Count 9, for the 11/14/2024 submission of claim number 551124319088120, line 2, in the approximate amount of $980.00 for Botox purportedly provided on 6/10/2024 to beneficiary S.Y. from Healthy Way in California to Medicare via server in North Dakota.

*VERDICT FORM*
CASE NO. 25-CR-00837-HDV                    5

**COUNT TEN: 18 U.S.C. § 1518**

**(Attempted Obstruction of Criminal Investigations**

**of Health Care Offenses)**

We, the jury in the above-captioned case, unanimously find the defendant:

GUILTY        NOT GUILTY



of the charge of Attempted Obstruction of Criminal Investigations of Health Care Offenses, as charged in Count 10, for providing and willfully causing to be provided a false medical record for purported Botox treatment of chronic migraines to Medicare beneficiary E.T.O on or about March 7, 2022.

**COUNT ELEVEN: 18 U.S.C. § 1518**

**(Attempted Obstruction of Criminal Investigations**

**of Health Care Offenses)**

We, the jury in the above-captioned case, unanimously find the defendant:

GUILTY        NOT GUILTY

of the charge of Attempted Obstruction of Criminal Investigations of Health Care Offenses, as charged in Count 11, for providing and willfully causing to be provided a false medical record for purported Botox treatment of chronic migraines to Medicare beneficiary S.Y. on or about November 25, 2023.

VERDICT FORM
CASE NO. 25-CR-00837-HDV                    6

## COUNT TWELVE: <u>18 U.S.C. § 1518</u>

### <u>(Attempted Obstruction of Criminal Investigations</u>

### <u>of Health Care Offenses)</u>

We, the jury in the above-captioned case, unanimously find the defendant:

GUILTY       NOT GUILTY

✓

of the charge of Attempted Obstruction of Criminal Investigations of Health Care Offenses, as charged in Count 12, for providing and willfully causing to be provided a false medical record for purported Botox treatment of chronic migraines to Medicare beneficiary L.B. on or about March 16, 2024.

DATED: **5|18|2026** , 2026, at Los Angeles, California.



FOREPERSON OF THE JURY

*VERDICT FORM*
CASE NO. 25-CR-00837-HDV                    7