## LIST OF EXHIBITS AND WITNESSES

**F I L E D**
CLERK, U.S. DISTRICT COURT

5/29/26

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DT _____ DEPUTY

| Case Number | LA 25CR00837-HDV | | Title | USA v. Violetta Mailyan |
|---|---|---|---|---|
| Judge | Hernán D. Vera | | | |
| Dates of Trial or Hearing | 5/12/26-5/19/26 | | | |
| Court Reporters or Tape No. | COURTSMART | | | |
| Deputy Clerks | Daniel Torrez | | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| | |
| | |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | See attached exhibit sheets | |
| | | | | | | See attached witness lists | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
Acting Chief, Criminal Division
SANDOR A. CALLAHAN (CABN 318200)
JEFFREY A. CRAPKO (MIBN P78487)
Trial Attorneys
Fraud Section, Criminal Division
United States Department of Justice
       300 N. Los Angeles Street, Suite 2001
       Los Angeles, California 90012
       Telephone: (202) 230-0696 (Callahan)
                  (202) 445-9832 (Crapko)
E-mail:   sandor.callahan2@usdoj.gov
          jeffrey.crapko@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00837-HDV |
|---|---|
| Plaintiff, | AMENDED EXHIBIT LIST |
| v. | |
| VIOLETTA MAILYAN | |
| Defendant. | |

1

The United States, by and through its counsel of record, Sandor A. Callahan and Jeffrey A. Crapko, the Criminal Division, Fraud Section of the United States Department of Justice, hereby submits the following amended exhibit list.[1]

Dated: May 7, 2026                    Respectfully submitted,

                                      TODD BLANCHE
                                      Acting Attorney General

                                      BILAL A. ESSAYLI
                                      First Assistant United States Attorney
                                      JENNIFER L. WAIER
                                      Chief Assistant United States Attorney
                                      Chief, Criminal Division


                                      _____/s/_____
                                      SANDOR A. CALLAHAN
                                      JEFFREY A. CRAPKO
                                      Trial Attorneys

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

---

[1] Counsel for defendant Violetta Mailyan has not responded to the Government's queries regarding its position on the amended exhibit list, so the Government cannot style this as an amended joint exhibit list.

2

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| Medicare Records | | | | | |
| 101 | Medicare Participating Physician Form 460 for Healthy Way Medical Center ("HWMC") | Stipulation | | 5/12 | 5/12 |
| 102 | Application Record Data Report for HWMC | Stipulation | | 5/12 | |
| 103 | Electronic Data Interchange Enrollment Form for HWMC | Stipulation | | 5/12 | |
| 104 | Medicare Enrollment Form 855I for Dr. Violetta Mailyan | Stipulation | | 5/15 5/12 | |
| 105 | Medicare Enrollment Form 855R for HWMC | Stipulation | | 5/12 | |
| 106 | Medicare Enrollment Application Approval Letter | Stipulation | | 5/12 | |
| 107 | Medicare Claims and Summaries for HWMC | Stipulation | | 5/12-5/15 5/14 | 5/12 |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 108 | Medicare Claims Summaries of Top 5 Rendering Providers re: CPT Codes J0585 and 64615 | Stipulation | | 5/12 | 5/12 |
| 109 | INTENTIONALLY OMITTED | | | | |
| 110 | INTENTIONALLY OMITTED | | | | |
| 111 | Closing Summary of Medicare Investigation | 902(11) cert / SA Frey | Hearsay | | |
| 112 | Medicare Provider Education Letter | Stipulation | | 5/12 | 5/12 |
| 113 | Medicare Claims and Summaries for HWMC – Date of Service 2022.05.04 Filtered | SA Contreras | | 5/14 | 5/14 |
| 114 | Medicare Claims and Summaries for HWMC – Date of Service 2024.09.06 Filtered | SA Contreras | | 5/14 | 5/14 |
| **Corporate Records** | | | | | |
| 201 | HWMC – Articles of Incorporation | Stipulation | | 5/12 | 5/12 |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 202 | HWMC - Statement of Information | Stipulation | | 5/12 | 5/12 |
| **Medical Records** | | | | | |
| 301 | Practice Fusion Medical Records - February 2025 | SA Frey / Nino Palana | Lack of Foundation | 5/12 | 7/12 |
| 302 | Practice Fusion Medical Records - October 2025 | 902(11) cert / SA Frey / Nino Palana | Lack of Foundation | 5/12 | 5/12 |
| 303 | Patient File - E.T.O. - Medicare card and Driver's License | 902(11) cert / SA Frey | | 5/13 | 5/13 |
| 304 | Patient File - E.T.O. - 2021.11.11 | 902(11) cert / SA Frey | | | |
| 305 | Patient File - E.T.O. - 2021.08.25 | 902(11) cert / SA Frey | | 5/13 | 5/13 |
| 306 | Patient File - E.T.O. - 2022.03.07 | 902(11) cert / SA Frey | | 5/12 5/15 | 5/12 |
| 307 | Patient File - E.T.O. - 2022.05.04 | 902(11) cert / SA Frey | | | |
| 308 | HWMC Informed Consent Form - E.T.O. - 2022.03.07 | 902(11) cert / SA Frey | | 5/12 5/15 | 5/12 |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 309 | HWMC Informed Consent Form – E.T.O. – 2022.05.04 | 902(11) cert / SA Frey | | | |
| 310 | HWMC Informed Consent Form – E.T.O. – 2021.08.25 | 902(11) cert / SA Frey | | 5/15 5/13 | 5/13 |
| 311 | HWMC Informed Consent Form – E.T.O. – 2021.11.11 | 902(11) cert / SA Frey | | | |
| 312 | Patient Intake Form – E.T.O. – 2020.06.17 | 902(11) cert / SA Frey | | 5/13 | 5/13 |
| 313 | Patient File – L.B. – 2024.03.16 | 902(11) cert / SA Frey | | 5/13 5/15 | 5/13 |
| 314 | Patient File – L.B. – Medicare card and Driver's License | 902(11) cert / SA Frey / L.B. | | 5/13 | 5/13 |
| 315 | Patient File – A.A. – 2024.09.15 | 902(11) cert / SA Frey | | | |
| 316 | Patient File – A.A. – Medicare card and Driver's License | 902(11) cert / SA Frey / A.A. | | 5/12 | 5/12 |
| 317 | Patient Intake Form – A.A. – 2024.07.25 | 902(11) cert / SA Frey / A.A. | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 318 | HWMC Informed Consent Form – A.A. – 2024.09.15 | 902(11) cert / SA Frey | | | |
| 319 | HWMC Informed Consent Form – S.Y. – 2024.03.07 | 902(11) cert / SA Frey | | | |
| 320 | Patient File – S.Y. – Medicare card and Driver's License | 902(11) cert / SA Frey / S.Y. | | 5/12 | 5/12 |
| 321 | Patient File – S.Y. – 2024.03.07 | 902(11) cert / SA Frey | | | |
| 322 | Patient File – S.Y. – 2024.06.10 | 902(11) cert / SA Frey | | | |
| 323 | Patient File – S.Y. – 2024.09.28 | 902(11) cert / SA Frey | | | |
| 324 | Patient File – S.Y. – 2024.10.12 | 902(11) cert / SA Frey | | | |
| 325 | Patient File – S.Y. – 2024.11.19 | 902(11) cert / SA Frey | | | |
| 326 | Patient File – S.Y. – 2023.11.25 | 902(11) cert / SA Frey | | 5/12  5/15 | 5/12 |
| 327 | Patient File – S.Y. – 2024.08.08 | 902(11) cert / SA Frey | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 328 | Patient Intake Form - S.Y. | 902(11) cert / SA Frey / S.Y. | | | |
| 329 | HWMC Informed Consent Form - A.K. - 2021.10.20 | 902(11) cert / SA Frey / A.K. | | 5/12 | 5/12 |
| 330 | HWMC Informed Consent Form - A.K. - 2022.10.01 | 902(11) cert / SA Frey / A.K. | | 5/12 | |
| 331 | HWMC Informed Consent Form - A.K. - 2023.08.18 | 902(11) cert / SA Frey / A.K. | | 5/12 | |
| 332 | Patient File - A.K. - Medicare card and Driver's License | 902(11) cert / SA Frey / A.K. | | 5/12 | |
| 333 | HWMC Informed Consent Form - N.M.- 2024.05.02 | 902(11) cert / SA Frey / N.M. | | 5/12 | |
| 334 | HWMC Informed Consent Form - N.M.- 2024.06.22 | 902(11) cert / SA Frey | | 5/12 | |
| 335 | HWMC Informed Consent Form - N.M.- 2024.08.12 | 902(11) cert / SA Frey | | 5/12 | 5/12 |

8

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 336 | HWMC Informed Consent Form - N.M.- 2024.10.02 | 902(11) cert / SA Frey | | 5/12 | 5/12 |
| 337 | HWMC Informed Consent Form - N.M.- 2024.11.22 | 902(11) cert / SA Frey | | 5/12 | |
| 338 | Patient File - N.M. - Medicare Card | 902(11) cert / SA Frey | | 5/12 | |
| 339 | Patient File - N.M. - Driver's License | 902(11) cert / SA Frey | | 5/12 | 5/12 |
| 340 | INTENTIONALLY OMITTED | | | | |
| 341 | HWMC Informed Consent Form - J.A. - 2024.10.24 | 902(11) cert / SA Frey | | 5/12 | 5/12 |
| 342 | HWMC Informed Consent Form - J.A. - 2024.10.01 | 902(11) cert / SA Frey / J.A. | | 5/12 | |
| 343 | Patient File - J.A.- Medicare Card | 902(11) cert / SA Frey / J.A. | | 5/12 | |
| 344 | Patient Intake Form - J.A. - 2018.01.12 | 902(11) cert / SA Frey | | 5/12 | |
| 345 | Patient File - J.A.- Driver's License | 902(11) cert / SA Frey / J.A. | | 5/12 | 5/12 |

9

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 346 | Practice Fusion Medical Records Feb 2025 – E.T.O. Filtered | SA Contreras / Nino Palana | | 5/15/26 | 5/15/26 (summary of exhibit 301) |
| 347 | Practice Fusion Medical Records Feb 2025 – L.B. Filtered | SA Contreras / Nino Palana | | 5/15/26 | 5/15/26 (summary of exhibit 301) |
| 348 | Practice Fusion Medical Records Feb 2025 – S.Y. Filtered | SA Contreras / Nino Palana | | 5/15/26 | 5/15/26 (summary of exhibit 301) |
| 349 | Practice Fusion Medical Records Oct 2025 – E.T.O. Filtered | 902(11) cert / SA Contreras / Nino Palana | | 5/15/26 | 5/15/26 (summary of exhibit 302) |
| 350 | Practice Fusion Medical Records Oct 2025 – L.B. Filtered | 902(11) cert / SA Contreras / Nino Palana | | 5/15/26 | 5/15/26 (summary of exhibit 302) |
| 351 | Practice Fusion Medical Records Oct 2025 – S.Y. Filtered | 902(11) cert / SA Contreras / Nino Palana | | 5/15/26 | 5/15/26 (summary of exhibit 302) |
| **Phone and Email Records** | | | | | |
| 401 | Email Metadata for Voicemail from S.Y. – 2024.11.06 | SA Frey | Lack of Foundation | 5/12 | 5/12 |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 402 | Voicemail from S.Y. – 2024.11.06 | S.Y. / SA Frey | Hearsay | 5/12 | 5/12 |
| 402(a) | Demonstrative of voicemail from S.Y. | SA Frey | Hearsay | 5/12 | |
| 403 | 2024.03.15 texts from Mailyan iPhone | SA Contreras | | 5/14 | 5/14 |
| 404 | 2024.03.23 texts from Mailyan iPhone | SA Frey | | | |
| 405 | 2024.04.09 texts from Mailyan iPhone | SA Frey | | | |
| 406 | 2024.01.30 texts from Mailyan iPhone | SA Contreras | Marital Confidential Communications Privilege | 5/14 | 5/14 |
| 407 | 2024.06.01 texts from Mailyan iPhone | SA Contreras | | 5/15/26 | 5/15/26 |
| 408 | 2021.02.26 texts from Mailyan iPhone | SA Contreras | | 5/15/26 | 5/15/26 |
| 409 | 2023.06.20 texts from Mailyan iPhone | SA Frey / SA Contreras | | | |
| 410 | 2023.06.20 texts from Mailyan iPhone | SA Contreras | | 5/15/26 | 5/15/26 |

11

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 411 | Image from 2023.06.20 texts from Mailyan iPhone | SA Contreras | | | |
| 412 | 2025.01.21 Instagram chat from Mailyan | SA Contreras | | 5/14 | 5/14 |
| 413 | 2023.01.30 Instagram chat from Mailyan | SA Contreras | | 5/14 | |
| 414 | 2023.03.22 Instagram chat from Mailyan | SA Contreras | | 5/14  5/15 | |
| 415 | 2024.04.13 Instagram chat from Mailyan | SA Contreras | | 5/14 | 5/14 |
| 416 | 2024.09.13 Instagram chat from Mailyan | SA Contreras | | | |
| 417 | 2023.05.21 texts from Mailyan iPhone | SA Contreras | | | |
| 418 | 2023.04.12 texts from Mailyan iPhone | SA Contreras | | | |
| 419 | 2024.08.05 texts from Mailyan iPhone | SA Contreras | | 5/14 | 5/14 |
| 420 | 2023.04.21 texts from Mailyan iPhone | SA Contreras | | 5/14 | 5/14 |

12

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|------------------------|-----------------|---------------|
| 421 | 2022.04.11 texts from Mailyan iPhone | SA Contreras | | 5/14 | 5/14 |
| 422 | 2021.07.12 texts from Mailyan iPhone | SA Contreras | | 5/14 | |
| 423 | 2024.09.06 Instagram chat from Mailyan | SA Contreras | | 5/14 | |
| 424 | 2022.05.04 texts from Mailyan iPhone | SA Contreras | | 5/14 5/15 | 5/14 |
| 425 | 2023.11.02 texts from Mailyan iPhone | SA Contreras | | | |
| 426 | 2021.05.12 texts from Mailyan iPhone | SA Contreras | | 5/14 | 5/14 |
| 427 | 2024.10.08 texts from Mailyan iPhone | SA Contreras | | | |
| 428 | 2022.09.20 texts from Mailyan iPhone | SA Contreras | Marital Confidential Communications Privilege | | |
| 429 | 2025.03.06 texts from Mailyan iPhone | SA Contreras | Marital Confidential Communications Privilege | | |

13

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 430 | 2025.02.28 texts from Mailyan iPhone | SA Contreras | Marital Confidential Communications Privilege | | |
| 431 | 2020.08.15 text from Mailyan iPhone | SA Contreras | Marital Confidential Communications Privilege | | |
| 432 | 2024.05.16 texts from Mailyan iPhone | SA Contreras | Marital Confidential Communications Privilege | | |
| 433 | Image from 2024.05.16 texts from Mailyan iPhone | SA Contreras | | | |
| 434 | Image from 2024.05.16 texts from Mailyan iPhone | SA Contreras | | | |
| 435 | Image from 2024.05.16 texts from Mailyan iPhone | SA Contreras | | | |
| 436 | 2020.11.04 texts from Mailyan iPhone | SA Contreras | | 5/14 | 5/14 |
| 437 | 2023.10.21 texts from Mailyan iPhone | SA Contreras | Marital Confidential | | |

14

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Communications Privilege | | |
| 438 | Image from 2023.10.21 texts from Mailyan iPhone | SA Contreras | | | |
| 439 | 2024.08.20 texts from Mailyan iPhone | SA Contreras | Marital Confidential Communications Privilege | | |
| 440 | Image from 2024.08.20 texts from Mailyan iPhone | SA Contreras | | | |
| 441 | 2019.11.20 texts from Mailyan iPhone | SA Contreras | | 5/14 | 5/14 |
| 442 | 2024.05.14 texts from Mailyan iPhone | SA Contreras | | 5/14 | |
| 443 | 2024.05.15 texts from Mailyan iPhone | SA Contreras | | 5/14 | 5/14 |
| 444 | 2024.01.30 texts from Mailyan iPhone | SA Contreras | | | |
| 445 | Image from 2024.01.30 texts from Mailyan iPhone | SA Contreras | | | |

15

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 446 | 2024.09.14 Invoice for S.S. in Mailyan iPhone | SA Contreras | | | |
| 447 | 2023.12.05 texts from Mailyan iPhone | SA Contreras | | | |
| 448 | 2020.05.17 texts from Mailyan iPhone | SA Contreras | | | |
| 449 | 2019.12.12 texts from Mailyan iPhone | SA Contreras | | | |
| 450 | Image from 2023.12.05 texts from Mailyan iPhone | SA Contreras | | | |
| 451 | 2024.07.09 texts from Mailyan iPhone | SA Contreras | | | |
| 452 | 2023.02.17 texts from Mailyan iPhone | SA Contreras | | | |
| 453 | 2020.12.21 email from Mailyan | SA Contreras | | | |
| 454 | 2020.08.20 texts from Mailyan iPhone | SA Contreras | | | |
| 455 | 2024.03.20 texts from Mailyan iPhone | SA Contreras | | 5/15/26 | 5/15/26 |

16

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 456 | Image from 2024.03.20 texts from Mailyan iPhone | SA Contreras | | 5\|15\|26 | 5\|15\|26 |
| 457 | Mailyan CV | SA Contreras | | | |
| 458 | 2021.04.29 texts from Mailyan iPhone | SA Contreras | | 5\|14 | 5\|14 |
| **Social Media Profiles and Websites** | | | | | |
| 501 | Mailyan Website | SA Frey | Lack of Foundation | 5/12 | 5/12 |
| 502 | Mailyan Facebook Page | SA Frey | Lack of Foundation | 5/12 | 5/12 |
| 503 | Mailyan Instagram Page | SA Frey | Lack of Foundation | 5/12 _5/15_ | 5/12 |
| 504 | Mailyan Youtube Channel | SA Frey | Lack of Foundation | 5/12 | 5/12 |
| **Travel Records** | | | | | |
| 601 | Mailyan Mexico Travel, 2024.03.17-2024.03.22 | 902(11) cert / SA Contreras | | 5\|14 | 5\|14 |
| 602 | Mailyan Mexico Travel, PNR, 2024.03.17-2024.03.22 | 902(11) cert / SA Contreras | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 603 | Mailyan Mexico Travel, PNR Decoder, 2024.03.17-2024.03.22 | 902(11) cert / SA Contreras | | | |
| 604 | J.A. Costa Rica Travel, 2024.08.31-2024.09.05 | 902(11) cert / SA Contreras | | | |
| 605 | J.A. Costa Rica Travel, PNR, 2024.08.31-2024.09.05 | 902(11) cert / SA Contreras | | | |
| 606 | J.A. Costa Rica Travel, PNR Decoder, 2024.08.31-2024.09.05 | 902(11) cert / SA Contreras | | | |
| 607 | Mailyan Arizona Travel, 2023.03.18-2023.03.20 | 902(11) cert / SA Contreras | | 5/15/26 | 5/15/26 |
| 608 | Mailyan Arizona Travel, 2022.05.01-2022.05.05 | 902(11) cert / SA Contreras | | 5/15/26 | 5/15/26 |
| 609 | Mailyan Arizona Travel, 2023.11.16-2023.11.19 | 902(11) cert / SA Contreras | | 5/15/26 | 5/15/26 |
| 610 | Mailyan Pennsylvania & New York Travel, 2021.02.23-2021.02.27 | 902(11) cert / SA Contreras | | 5/15/26 | 5/15/26 |

18

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 611 | A.A. Armenia Travel, 2024.09.02-2024.09.20 | 902(11) cert / SA Contreras | | | |
| 612 | Mailyan Hawaii Travel, 2024.05.30-2024.06.04 | 902(11) cert / SA Contreras | | 5/15/26 | 5/15/26 |
| 613 | Mailyan Las Vegas Travel, Contact Info, 2023.06.20-2023.06.22 | 902(11) cert / SA Contreras | | | |
| 614 | Mailyan Las Vegas Travel, V.H. Info, 2023.06.20-2023.06.22 | 902(11) cert / SA Contreras | | | |
| 615 | Mailyan Las Vegas Travel, Mailyan Info, 2023.06.20-2023.06.22 | 902(11) cert / SA Contreras | | 5/15/26 | 5/15/26 |
| 616 | Mailyan Las Vegas Travel, Flight Info, 2023.06.20-2023.06.22 | 902(11) cert / SA Contreras | | | |
| 617 | Mailyan Las Vegas Travel, Payment Info, 2023.06.20-2023.06.22 | 902(11) cert / SA Contreras | | | |
| 618 | Invoice for Cabo Mexico Hotel, 2024.03.17-2024.03.22 | SA Contreras | Lack of Foundation, Hearsay | | |

19

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 619 | Email Receipt for Mexico Travel, 2024.03.23 | SA Contreras | Lack of Foundation, Hearsay | | |
| 620 | TECS records – R.A. | CBP Officer | | | |
| 621 | TECS records – J.A. | CBP Officer | | 5/13 5/15 | 5/13 |
| 622 | TECS records – V.A. | CBP Officer | | | |
| 623 | TECS records – K.A. | CBP Officer | | | |
| 624 | TECS records – A.A. | CBP Officer | | | |
| 625 | TECS records – A.A. | CBP Officer | | 5/13 5/15 | 5/13 |
| 626 | TECS records – K.A. | CBP Officer | | | |
| 627 | TECS records – A.A. | CBP Officer | | | |
| 628 | TECS records – N.B. | CBP Officer | | | |
| 629 | TECS records – R.B. | CBP Officer | | | |
| 630 | TECS records – A.D. | CBP Officer | | | |
| 631 | TECS records – O.G. | CBP Officer | | | |
| 632 | TECS records – A.G. | CBP Officer | | | |
| 633 | TECS records – L.G. | CBP Officer | | | |
| 634 | TECS records – A.K. | CBP Officer | | | |

20

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|------------------------|-----------------|---------------|
| 635 | TECS records - K.K. | CBP Officer | | | |
| 636 | TECS records - M.G. | CBP Officer | | | |
| 637 | TECS records - T.M. | CBP Officer | | | |
| 638 | TECS records - N.M. | CBP Officer | | 5\|13 | 5\|13 |
| 639 | TECS records - R.S. | CBP Officer | | | |
| 640 | TECS records - A.S. | CBP Officer | | | |
| 641 | TECS records - A.S. | CBP Officer | | | |
| 642 | TECS records - N.S. | CBP Officer | | | |
| 643 | TECS records - S.T. | CBP Officer | | | |
| 644 | TECS records - E.T. | CBP Officer | | | |
| 645 | TECS records - V.H. | CBP Officer | | | |
| 646 | TECS records - Mailyan | CBP Officer | | 5\|13 5\|15 | 5\|13 |
| **Payroll Records** | | | | | |
| 701 | Healthy Way Payroll Records *reducted* | 902(11) cert / SA Frey | | 5/12 | 5/12 |
| **Bureau of Prison Records** | | | | | |
| 801 | E.T.O. - Inmate History 2026.03.26 | BOP Representative | | 5\|13 | 5\|13 |

21

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 802 | E.T.O. – BOP Medical Records | BOP Representative | | 5\|13 | 5\|13 |
| 803 | E.T.O. – Official Photograph | BOP Representative | | 5\|13 | 5\|13 |
| **Bank and Credit Records** | | | | | |
| 901 | Bank of America Account x9838 Records for 1121 Colorado LLC | Stipulation | | 5/12 | 5/12 |
| 902 | Bank of America Account x2602 Records for 633 Colorado LLC | Stipulation | | | |
| 903 | Bank of America Account x8202 Records for Dr. Violetta Mailyan | Stipulation | | | |
| 904 | Bank of America Account x3620 Records for Glenco Realty | Stipulation | | | |
| 905 | Bank of America Account x8689 Records for Glencoe Holdings LLC | Stipulation | | | |
| 906 | Bank of America Account x9499 Records | Stipulation | | 5/12 | 5/12 |

22

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | for Healthy Way Medical Center |  |  |  |  |
| 907 | Bank of America Account x5558 Records for Healthy Way Medical Center | Stipulation |  | 5/12 | 5/12 |
| 908 | Bank of America Account x0545 Records for New Space LLC | Stipulation |  |  |  |
| 909 | Bank of America Account x0160 Records for NextGen Construction Group Inc | Stipulation |  |  |  |
| 910 | Bank of America Account x2275 Records for Primary Building LLC | Stipulation |  |  |  |
| 911 | Bank of America Account x3353 Records for The Vahan & Violetta 2022 Family Trust | Stipulation |  |  |  |
| 912 | Bank of America Account x8898 Records for The Vahan & | Stipulation |  | 5/12 | 5/12 |

23

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | Violetta 2022 Family Trust |  |  |  |  |
| 913 | Golden State Bank Account x8790 Records for 1121 Colorado LLC | Stipulation |  | 5/12 | 5/12 |
| 914 | Golden State Bank Account x5667 Records for Glencoe Holdings LLC | Stipulation |  |  |  |
| 915 | Golden State Bank Account x7777 Records for Violetta V. Mailyan and Vahan Hovhannisyan | Stipulation |  |  |  |
| 916 | Wells Fargo Account x3934 Records for Dr. Violetta V. Mailyan and Vahan Hovhannisyan | Stipulation |  |  |  |
| 917 | U.S. Bank Account x8752 Records for Codon Investments LLC | Stipulation |  |  |  |
| 918 | U.S. Bank Account x8729 Records for Exon Investmetns [sic] LLC | Stipulation |  | 5/12 | 5/12 |

24

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 919 | U.S. Bank Account x0565 Records for Vahan & Violetta 2022 Family Trust | Stipulation | | 5/12 | 5/12 |
| 920 | Merrill Lynch Account x7F65 Records for Family Trust | Stipulation | | | |
| 921 | Merrill Lynch Account x0430 Records for Family Trust | Stipulation | | | |
| 922 | Merrill Lynch Account x4569 Records for Family Trust | Stipulation | | | |
| 923 | Charles Schwab Account x6139 Records for Our Healthy Way Foundation | Stipulation | | | |
| 924 | Charles Schwab Account x4618 Records for Healthy Way Medical Center | Stipulation | | | |
| 925 | Charles Schwab Account x8585 Records for Healthy Way Medical Center | Stipulation | | 5/12 | 5/12 |

25

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 926 | American Express Credit Card Account x1001 Records for Healthy Way Medical Center | Stipulation | | 5/12 | 5/12 |
| 927 | American Express Credit Card Account x1004 Records for Healthy Way Medical Center | Stipulation | | | |
| 928 | American Express Credit Card Account x1005 Records for Next Gen Construction | Stipulation | | | |
| 929 | Merrill Lynch Account x4423 for Healthy Way Medical Center | Stipulation | | | |
| 930 | Merrill Lynch Account x4416 for Healthy Way Medical Center | Stipulation | | | |
| 931 | Bank of America Credit Card Account x1337 for Healthy Way Medical Center | Stipulation | | | |
| 932 | Bank of America Account x5558 Signature Card for | Stipulation | | 5/12 | 5/12 |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Healthy Way Medical Center | | | | |
| 933 | Bank of America Account x9499 Signature Card for Healthy Way Medical Center | Stipulation | | 5/12 | 5/12 |
| **Business Records** | | | | | |
| 1001 | V.H. Vassili Collections Purchase | 902(11) cert / SA Frey / SA Contreras | 401 Relevance & 403 prejudice | | |
| 1002 | V.H. Bhindi Purchase 2020.03.14 – 2026.12.23 | 902(11) cert / SA Frey / SA Contreras | 401 Relevance & 403 prejudice | | |
| 1003 | Healthy Way 2025.09.12 GJ Subpoena Custodian Certification (25-049) | 902(11) cert / SA Frey / SA Contreras | | 5/15 5/12 | 5/12 |
| 1004 | Grand Jury Subpoena No. 25-049 | SA Frey / SA Contreras | | 5/12 5/15 | 5/12 |
| 1005 | INTENTIONALLY OMITTED | | | | |
| 1006 | INTENTIONALLY OMITTED | | | | |
| **Photos** | | | | | |

27

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1101 | J.A. – Costa Rica photos | J.A. | | 5/13 5/15 | 5/13 |
| 1102 | J.A. – Costa Rica photos | J.A. | | 5/13 | 5/13 |
| 1103 | A.A. – Armenia photos | A.A. | | 5/13 5/15 | 5/13 |
| 1104 | A.A. – Armenia photos – Food | A.A. | | 5/13 | 5/13 |
| 1105 | Mailyan Driver's License | SA Frey | | | |
| 1106 | N.M. – Cabo San Lucas photos | N.M. | | 5/13 5/15 | 5/13 |
| **Summary Charts** | | | | | |
| 1201 | Summary of Medicare Claims Billed and Paid to HWMC (2019 – 2025) | Cara Alpaugh | | 5/15/26 | 5/15/26 (Summary of exhibit 107) |
| 1202 | INTENTIONALLY OMITTED | | | | |
| 1203 | Summary of Medicare Payments to HWMC and HWMC Payments to Mailyan | Cara Alpaugh | | 5/15/26 | 5/15/26 |

28

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1204 | Summary of Medicare Claims Billed and Paid to HWMC for Dates when HWMC was Closed (2019 - 2025) | SA Contreras | Lack of Foundation | 5/14/26 5/15/26 | 5/14/26 (summary of exhibit 1003) |
| 1205 | Summary of HWMC Claims Billed and Paid to HWMC for Dates of Service on May 31, 2024 - June 4, 2024 | SA Contreras | | 5/15/26 | 5/15/26 |
| 1206 | Summary of HWMC Claims Billed and Paid to HWMC for Dates of Service on March 17, 2024 - March 22, 2024 | SA Contreras | | 5/14/26 5/15/26 | 5/14/26 |
| 1207 | Summary of HWMC Claims Billed and Paid to HWMC for Dates of Service on November 17, 2023 - November 19, 2023 | SA Contreras | | 5/15/26 | 5/15/26 |
| 1208 | Summary of HWMC Claims Billed and Paid to HWMC for Dates of Service on | SA Contreras | | 5/15/26 | 5/15/26 |

29

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | June 20, 2023 - June 21, 2023 | | | | |
| 1209 | Summary of HWMC Claims Billed and Paid to HWMC for Dates of Service on March 19, 2023 - March 20, 2023 | SA Contreras | | 5/15/26 | 5/15/26 |
| 1210 | Summary of HWMC Claims Billed and Paid to HWMC for Dates of Service on May 2, 2022 - May 5, 2022 | SA Contreras | | 5/15/26 | 5/15/26 |
| 1211 | Summary of HWMC Claims Billed and Paid to HWMC for Dates of Service on February 24, 2021 - February 27, 2021 | SA Contreras | | 5/15/26 | 5/15/26 |
| 1212 | Summary Chart of HWMC Claims Billed and Paid for Dates of Service for Select Date Ranges | SA Contreras | | 5/15/26 | 5/15/26 |
| 1213 | Summary of Payments Made for Amended Superseding | Cara Alpaugh / SA Contreras | Hearsay, Argument and | 5/15/26 | 5/15/26 |

30

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | Indictment Counts 1 – 9 |  | Lack of Foundation |  |  |
| 1214 | INTENTIONALLY OMITTED |  |  |  |  |
| 1215 | INTENTIONALLY OMITTED |  |  |  |  |
| 1216 | INTENTIONALLY OMITTED |  |  |  |  |
| 1217 | INTENTIONALLY OMITTED |  |  |  |  |
| 1218 | Summary of Days Billed Per Year (2019–2025) | SA Contreras |  | 5/14/26 5/15/26 | 5/14/26 (summary of exhibit 107.) |
| 1219 | Summary of HWMC Medicare Claims Billed between August 2021 and May 2022 – E.T.O. | SA Contreras | Hearsay, Argument and Lack of Foundation | 5/14 | 5/14 |
| 1220 | Summary of HWMC Medicare Claims billed – A.K. | SA Contreras | Hearsay, Argument and Lack of Foundation | 5/14 | 5/14 |
| 1221 | INTENTIONALLY OMITTED |  |  |  |  |
| 1222 | Summary of HWMC Medicare Claim billed – L.B. | SA Contreras | Hearsay, Argument and Lack of Foundation | 5/15/26 | 5/15/26 |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1223 | Summary of HWMC Claim billed – E.T.O. | SA Contreras | Hearsay, Argument and Lack of Foundation | 5\|15\|26 | 5\|15\|26 |
| 1224 | Summary of HWMC Claim billed – J.A. | SA Contreras | Hearsay, Argument and Lack of Foundation | 5\|15\|26 | 5\|15\|26 |
| 1225 | Summary of HWMC Claim billed – A.A. | SA Contreras | Hearsay, Argument and Lack of Foundation | 5\|15\|26 | 5\|15\|26 |
| 1226 | Summary of S.Y. Claims Billed Prior to November 2024 | SA Contreras | Hearsay, Argument and Lack of Foundation | 5\|14 | 5\|14 |
| 1227 | INTENTIONALLY OMITTED | | | | |

Defendant's Exhibit "C"                    5\|15\|26
Government's Exhibit 462        5\|15\|26  5\|15\|26
Government's Exhibit 461        5\|15\|26  5\|15\|26
Government's Exhibit 459        5\|15\|26  5\|15\|26
Government's Exhibit 1007       5\|15\|26  5\|15\|26
Defendant's Exhibit A          5/13/26
Defendant's Exhibit B          5/13/26

32

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VIOLETTA MAILYAN,<br><br>　　　　　　Defendant. | Case No. 2:25-CR-00837-HDV<br><br>**AMENDED FORFEITURE PHASE JOINT EXHIBIT LIST** |

1

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1301 | Summary of Transfers from Healthy Way Medical Center BofA x9499 for the Period January 2019 to August 2025 By Account Number and Funds Seized | Stipulated | | 5/19 | 5/19 |
| 1302 | Summary of Transfers from The Family Trust BofA x3353 for the Period January 2019 to August 2025 By Account Number | Stipulated | | | |
| 1303 | Summary of Tracing for 1121-1125 E Colorado St, Glendale | Stipulated | | | |
| 1304 | Summary of Tracing for 114 Surfside Ave A | Stipulated | | | |
| 1306 | Summary of Tracing for 1545 Cleveland Rd | Stipulated | | 5/19 | 5/19 |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1307 | Summary of Tracing for 623 W Dryden St | Stipulated | | 5/19 | 5/19 |
| 1308 | Summary of Tracing for 628 E Colorado St | Stipulated | | | |
| 1309 | Summary of Tracing for 633 E Colorado Street | Stipulated | | | |
| 1310 | Summary of Tracing from Bank of America Account x3353 to Purchase of Model X | Stipulated | | | |
| 1311 | Summary of Tracing from Bank of America Account x9499 to Purchase of Tesla Cybertruck | Stipulated | | 5/19 | 5/19 |
| 1312 | INTENTIONALLY OMITTED | | | | |

3